UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CORENO, | No. C 10-2372 SI (pr) |
| Plaintiff, | **ORDER EXTENDING DEADLINES** |
| v. | |
| Dr. LAWRENCE GAMBOA;<br>Dr. SEPULVEDA, C.M.O., | |
| Defendants. | |

    Plaintiff has filed a request for a 90-day extension of the deadline to file his opposition to defendants' motion for summary judgment. (Docket # 18.) A 90-day extension is not warranted under the circumstances mentioned in plaintiff's request. Most notably, plaintiff has not shown specific discovery needs that warrant such a long extension and, as defendants suggest, the fact that they raised a qualified immunity defense in their motion for summary judgment means that they likely will be entitled to a stay of discovery if they request it. Upon due consideration of plaintiff's request, the court GRANTS a 60-day extension of the deadline. The court now sets the following new briefing schedule on the motion for summary judgment:

    1.    Plaintiff must file and serve on defense counsel his opposition to the motion for summary judgment no later than **October 7, 2011**.

    2.    Defendants must file and serve their reply brief (if any) no later than **October 24, 2011**.

    IT IS SO ORDERED.

Dated: September 2, 2011

                                                                           SUSAN ILLSTON
                                                                   United States District Judge