United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CORENO, | No. C 10-2372 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Dr. LAWRENCE GAMBOA;<br>Dr. SEPULVEDA, C.M.O., | |
| Defendants. / | |

Judgment is now entered in favor of defendants and against plaintiff on all claims except the state law claims, which are dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

Dated: December 19, 2011

_____
SUSAN ILLSTON
United States District Judge